**v.**

**The STATE of Texas, Appellee.**

**No. 27205.**

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

**Thelma Aline WILSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27194.**

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin for the State.

## PER CURIAM.

The conviction is for the misdemeanor offense of driving a motor vehicle upon a public road while intoxicated; the punishment, three days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.